UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZERO MOTORCYCLES, INC., Plaintiff, v. NIKOLA MOTOR COMPANY, et al., Defendants. | Case No. 17-cv-05370-MEJ  **ORDER TO SHOW CAUSE**  Re: Dkt. No. 16 |

The Court ordered the parties to file a joint status report no later than December 29, 2017. Order, Dkt. No. 16. As of the date of this order, the parties have not done so. *See* Docket. Furthermore, the parties stipulated to extending Defendant's time to respond to the complaint until December 20, 2017. *See* Stip., Dkt. No. 13. Defendant has not responded to the complaint, and Plaintiff has not sought entry of default on that basis. *See* Docket. Accordingly, the Court ORDERS the parties to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. The parties' joint or separate response(s) shall be due by January 10, 2018.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge